12 CV 8131 New York

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF New York

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

WARNING: You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away. If that is what you want, you must use the forms for a writ of habeas corpus.

Case No. 02-cv-0542-JGK-THK

CASE NO. 233 F.R.D. 377 (S.D. NY 2006)

PLAINTIFF(S) Write the name(s) of the person(s) complaining

Tony Smith, AKA Alvin Wilson, 71 Glenwood Ave, Bloomfield, CT 06002 home address business 2 Jail, C-R-CC, 986 Norwich-N-L-Tpke Uncasville CT 06382

vs.

DEFENDANT(S) Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.

New York City / on Rikers Island Jail 1515 Hazen ST, East Elmhurst, NY 11370  New York, NY 10007  G.M.O.C.

New York City the city of NY

RECEIVED -5 SEP 3:09 PRO SE OFFICE

Rev. 10/14/09

Complete every section and SIGN THE LAST PAGE. The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Aid Status at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

**A.   JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this Court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ____✓____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B.   PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   First Plaintiff

   notice if you mail anything to the Jail put both name and inmate numbers inmate#N. 175685

   a.   Full Name: ~~[redacted]~~ Tony Smith, AKA Alvin Wilson

   b.   Inmate Number: 184566740   Jail, C-R-CC 986 norwich-N-L.Tpke Uncasville CT 06382
        business address, 71 Glenwood Ave, Bloomfield CT, 06002
   c.   ~~[redacted]~~:

   d.   State of citizenship: USA

2.   Second Plaintiff

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

   d.   State of citizenship:

Rev. 10/14/09                              2

C. **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

**If you are suing more than six people, attach additional pages. Provide items 1, 2, and 3 for each additional defendant.**

1. First Defendant

    a. Full Name: The City of New York city

    b. Rank or Title: New York city

    c. Workplace: New York NY, 10007

2. Second Defendant

    a. Full Name: George Motchan Detention center

    b. Rank or Title: Jail of New York city, Rikers Island Jail

    c. Workplace: 1515 Hazen ST East Elmhurst NY, 11370

3. Third Defendant

    a. Full Name: The city of NY

    b. Rank or Title: New York city

    c. Workplace: NY NY, 10007

4. Fourth Defendant

    a. Full Name:

    b. Rank or Title:

    c. Workplace:

5. Fifth Defendant

    a. Full Name:

    b. Rank or Title:

    c. Workplace:

6. Sixth Defendant

    a. Full Name:

    b. Rank or Title:

    c. Workplace:

D. **PREVIOUS LAWSUITS RELATED TO THIS CASE**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. Provide items a-d for each case.

1. <u>First Lawsuit</u>

    a. Court and Date filed: U.S.D.C. (S.D.NY) March 16, 2010 2007

    b. Caption and Docket No.: 233 F.R.D. 377. (S.D.NY 2006)

    c. Briefly, what was this lawsuit about? on 3-16-2010 New York city agreed to settle a class-action lawsuit challenging the strip search policy used in the city's Jails. Settlement was for over $33 million, on a U.S.C. 1983 civil right complaint by pretrial detainees, who was strip search and subjected to nonconsensual gynecological examinations upon their admission to the Rikers Island Jail in New York city.

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?
    I did win because it was a class action lawsuit and I went through the same treatment with every one else I was also subjected to nonconsensual gynecological examination I am seeking my compensation of 20,000 entitlement an plus the award of 8,000.00

2. <u>Second Lawsuit</u>

    a. Court and Date filed: U.S.D.C. (S.D.NY), 2002 an 2005

    b. Caption and Docket No.: case No. 02-cv-05426-JGK-THK.

    c. Briefly, what was this lawsuit about? the same as the case class-action as up top case was a win again,

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

    a. Court and Date filed:

    b. Caption and Docket No.:

    c. Briefly, what was this lawsuit about?

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

Rev. 10/14/09                              4

E. **OTHER LAWSUITS**

Tell the Court if any plaintiff has filed other federal lawsuits in this court within the past ten (10) years. If you need more space, attach additional pages. Provide items a-d for each case.

1. <u>First Lawsuit</u>

    a. Court and Date filed: U.S.D.C. (S.O.NY) March 16, 2010 2007,200?

    b. Caption and Docket No.: 233 F.R.D. 377, (S.D.NY 2006

    c. Briefly, what was this lawsuit about? On 3-16-2010, New York City agreed to settle a class action lawsuit challenging the strip search policy used in the city Jails. settlement was for over $33 million, on a U.S.C. 1983 civil rights complain by pertrial detainees, who was strip search and Subjected to nonconsensual gynecolgical examination upon their admission to the Rikers Island Jail in New York City.

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? I did win because it was a class action lawsuit, and I went through the San treatment with every one else, I was also subjected to nonconsensual gynecological examination? I am seeking my compensation of 20,000 entitled-ment an plus the award of 8,000.00

2. <u>Second Lawsuit</u>

    a. Court and Date filed: U.S.D.C. (S.D.NY), 2002 an 2005

    b. Caption and Docket No.: case No. 02-cv-05426-JGK-THK.

    c. Briefly, what was this lawsuit about? The same as the case Class-action as up Top, case was a win again,

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

    a. Court and Date filed:

    b. Caption and Docket No.:

    c. Briefly, what was this lawsuit about?

    d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

Rev. 10/14/09                                5

F.  **REASON FOR COMPLAINT**

**WARNING: Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim. If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Assistance at 1-800-301-TIAT (4527) before you file.**

1.  **Failure to use the prison grievance process before suing.** You can generally only sue for events that you have already complained about through the prison grievance process. If you have not followed all the steps in the grievance process before you come to court, the defendants may be able to get your case dismissed for "failure to exhaust administrative remedies." If your case is dismissed, you will lose your filing fee.

2.  **Complaining about incidents that happened a long time ago.** You can generally only sue for events that happened within the last three years. If you are suing over events that happened earlier than that, the defendants may be able to get your case dismissed under the statute of limitations. If your case is dismissed, you will lose your filing fee.

3.  **Suing people who were not personally involved.** You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor both knew about the actions of other defendants and failed to stop them. Just being a supervisor usually is not enough.

4.  **Suing defendants who have immunity to suit for money damages.** You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Assistance first, or your case may be dismissed on the basis of immunity and you will lose your filing fee.

5.  **Complaining about a criminal conviction or prison disciplinary**

Rev. 10/14/09                                6

proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Assistance Program at 1-800-131-1TAP before you file a complaint. If Inmate Legal Assistance says you do not have a good case, you should consider that advice very seriously.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person – for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims.

Example of Statement of Case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

**Now describe your claims:**

Statement of Case: on about 9/2008 and 2009 I Tony Smith AKA Alvin Wilson was a victim of illegal strip search as a pretrial detainees, I was accused of a minor crime.

1. I was strip-search and subjected to nonconsensual gynecological examinations upon my admission to the Rikers Island Jail in New York City, this case was already won on a agreement to a settlement with the city of New York for 33 million, I am a victim as well, as part of that class-action File on March 16-2010 an 2007, I am entitled amended

2. To Receive my owe settlement Compensation as a class member, I amended the lawsuit to expand the class to include, Tony Smith, AKA Alvin Wilson as a pretrial detainee stirp-searched under the prior admission policy of the New York city Depart of corrections (NYCDOC),

3. I am Requesting to Receiver a monetary payment as a reult of the settlement agreement, Included money for both class action 3-16-2010 an october 4 2007, I ask the court to waiver any

4. Attorney and any incarceration Fee's or debit, I owe, I am also Requesting Compensation For illegal incarceration From 08 to 09 at the Rickers Island G.M.D.C. IS IS Hazen, ST East Elmhurst, NY 11370, after serving 8-to 9-months in Jail, My case was dismiss at 100 center, ST I

5. Was Found not guity of charges, this was a viblation of my Eight amendment right, I am Requesting to be Compenated for mental on Emotional damage on compensatory an puitive damage

6. or physically injuries, I was also injury why I was incarcerted at Rickers island G.M.D.C. I slip an Fell on the wet Floor in the bath Room why walking to use the bath Room, I was injury on had to be taking to the Hospital emergency by emergency server, I injury

7. My back neck on leg an heard, I am a boxer at the time of my arrested I had book a Fight an I was troining For a fight what I was falsely arrested on injury by sliping From the water on the wet bath Room

8. Floor at the Jail, due to the False incarcertion an the injury I Receive From the Fall I was not able to Fight I misout on about 2. million I am Request to be compensated 3.2 million

9. For every thing. the damages the illegal incarcertion the accident, I a willing to make a settlement.

10.

Rev. 10/14/09    8

## G.   REQUEST FOR RELIEF

Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a writ of habeas corpus.

For the illegal strip search I am Requesting mental damage on emotional damage, I am entitled to be awarded 20,000 plus 8,000.00 service awards; as for the illegal incarceration from 08 to 09 at the G.M.D.C. on Rickers New York City Jail, plus the injuries an missing out on fights loosing out million of dollars. I am Requesting compensatory damages an pultive damage an mental damage an emotional damage for 3.2 million to be awarded to tony smith aka Alvin wilson an waiver all incarceration cost an medical an Attorney Fee an any debit I owe.

## H.   Do you wish to have a jury trial? Yes ✓   No ____

## I.   DECLARATION UNDER PENALTY OF PERJURY

**Warning: You must sign this or your complaint will not be filed.**

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Tony Smith AKA Alvin Wilson_

Signed at _Tony Smith AKA_ (Location) on _10/29/2012_ (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

Rev. 10/14/09                                                9

**J.    FINAL INSTRUCTIONS**

**WARNING: Your complaint will not be filed unless you complete each of these steps.**

1.  Sign the Declaration under Penalty of Perjury on p. 9

2.  Be sure to include the date with your signature on p. 9

3.  Enclose a check for $350 (payable to "Clerk, United States District Court") **OR** a completed Application to Proceed In Forma Pauperis

4.  Enclose **one** copy of the complaint for the Clerk's Office. You do not need to send a copy for each defendant.

5.  Send the complaint plus either your application for IFP status or your check for $350 (payable to "Clerk, United States District Court") to one of the addresses below:

    U.S. District court, 500 pearl, ST Suite, 1 New York NY, 1007







**Remember, the Clerk cannot file your complaint unless you take all of the steps above.**

Rev. 10/14/09                    10

ST. OF CT., DEPT. OF CORRECTION
184-566740
Ismail AkA Awilson #175635-H-117
C-R-CC
986 Norwich-N-L-Tpke
Uncasville CT. 06382

RECEIVED
PRO SE OFFIC
2012 NOV -5 P 2: 43

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

U.S. District court
500 pearl ST Suite. 1
New york, NY, 1007

UNITED STATES POSTAGE
02 1M
0008004409
MAILED FROM ZIP CODE 06382
$00.650
OCT 31 2012
PITNEY BOWES