12-24-12   *Amended under defective condition*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

**WARNING: You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away. If that is what you want, you must use the forms for a writ of habeas corpus.**

*Amend Case No. 02-CV-05426-J9K-THK*

CASE NO. *1:12-CV-08131-1Ap*

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

*Tony Smith AKA Alvin Wilson #175628-H-117*

_____

_____

_____

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-28-12

VS.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

*add* *New York City, an police Department*
*an New York city an Rikers island Jail*

_____

_____

_____

Rev. 10/14/09

Complete every section and SIGN THE LAST PAGE. The Court cannot
give you legal advice, so if you need help, you should call Inmate
Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to
ask ILAP to review your complaint before you send it to the Court,
to make sure that your allegations describe the kind of claim that
you can make in federal court and minimize the risk that your case
will be dismissed for failure to state a good legal claim.

## A.    JURISDICTION

Because federal courts cannot hear every kind of claim, you must
identify the law that says this court can hear your claim. There
are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. _____✓_____ State, county or city employees for violating my
   federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights
   under *Bivens v. Six Unknown Named Agents of Fed. Bureau of
   Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.    PLAINTIFF(S)    (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages.
Provide items a, b, and c for each additional plaintiff.

1. <u>First Plaintiff</u>

   a.    Full Name: *Tony Smith, AKA Alvin Wilson*

   b.    Inmate Number: *175625,CT in Ney NY - 184-566740*

   c.    Correctional facility: *Corrigan-R-C-c.986 Norwich-N-L-Tpke*

   d.    State of citizenship: *Uncasville CT,06382*

2. <u>Second Plaintiff</u>

   a.    Full Name:

   b.    Inmate Number:

   c.    Correctional facility:

   d.    State of citizenship:

**C.    DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages.
Provide items 1, 2, and 3 for each additional defendant.

1.    First Defendant
    a.    Full Name: *City of New York, Ny, York*
    b.    Rank or Title: ~~office department~~ *an City of New York*
    c.    Workplace: *New York, Ny York, ~~~~ 10007*

2.    Second Defendant
    a.    Full Name: *George Motchan Detention center*
    b.    Rank or Title: *Rikers island Jail*
    c.    Workplace: *15-15 Hazen,ST ,East Elmhurst, Ny 11370*

3.    Third Defendant
    a.    Full Name:
    b.    Rank or Title:
    c.    Workplace:

4.    Fourth Defendant
    a.    Full Name:
    b.    Rank or Title:
    c.    Workplace:

5.    Fifth Defendant
    a.    Full Name:
    b.    Rank or Title:
    c.    Workplace:

6.    Sixth Defendant
    a.    Full Name:
    b.    Rank or Title:
    c.    Workplace:

**D.    PREVIOUS LAWSUITS RELATED TO THIS CASE**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items a-d for each case.**

1.    First Lawsuit

    a.    Court and Date filed: *March, 16, 2010 Amended U.S.D.C. Southern District of NY, U.S. Court House - 500 pearl, ST, NY, NY, 10007*

    b.    Caption and Docket No.: *12 civ. 8131 (LAP) Amended, see, Mcbean v. city of NY U.S.D. (S.D. NY) Case No. 02-CV-05426-JGK-THK*

    c.    Briefly, what was this lawsuit about? *illegal strip search at Rikers island Jail in New York City, Class action Suit Filed, omended on, 12-22-2012 add inJury claim an illegal arrest on violation of First on Eighth Amendment rights Tony Smith AKA Alvin Wilson v. New york city on Rikers island Jail, (12 civ. 8131 (LAP)*

    d.    Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? *Won*

2.    Second Lawsuit

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?

    d.    Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3.    Third Lawsuit

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?

    d.    Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

**E.    OTHER LAWSUITS**

Tell the Court if any plaintiff has filed other federal lawsuits in this court within the past ten (10) years. If you need more space, attach additional pages. **Provide items a-d for each case.**

1.    <u>First Lawsuit</u>

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?


    d.    Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?


2.    <u>Second Lawsuit</u>

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?


    d.    Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?


3.    <u>Third Lawsuit</u>

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?


    d.    Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

## F.   REASON FOR COMPLAINT

WARNING: Common mistakes can get your case **dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Assistance at 1-800-301-ILAP (4527) before you file.

1.  **Failure to use the prison grievance process before suing.** You can generally only sue for events that you have already complained about through the prison grievance process. If you have not followed all the steps in the grievance process before you come to court, the defendants may be able to get your case dismissed for "failure to exhaust administrative remedies." If your case is dismissed, you will lose your filing fee.

2.  **Complaining about incidents that happened a long time ago.** You can generally only sue for events that happened within the last three years.  If you are suing over events that happened earlier than that, the defendants may be able to get your case dismissed under the statute of limitations. If your case is dismissed, you will lose your filing fee.

3.  **Suing people who were not personally involved.** You can generally only sue defendants who were directly involved in harming you.  In order to sue a supervisor, you must usually show that the supervisor both knew about the actions of other defendants and failed to stop them.  Just being a supervisor usually is not enough.

4.  **Suing defendants who have immunity to suit for money damages.** You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process).  If you think you have a claim for money damages against such people or entities, check with Inmate Legal Assistance first, or your case may be dismissed on the basis of immunity and you will lose your filing fee.

5.  **Complaining about a criminal conviction or prison disciplinary**

proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. **The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.** Until then, your best strategy is to call the Inmate Legal Assistance Program at 1-800-381-ILAP before you file a complaint. **If Inmate Legal Assistance says you do not have a good case, you should consider that advice very seriously.**

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to **be specific about dates, times, and the names of the people involved.** It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person – for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

**Here is an example of the proper way to describe your claims:**

Example of Statement of Case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Amended No 22 U.S.U.C. ... Amended Claim 12 Civ 8431 (19)

Now describe your claims.

Statement of case.

This Claim is is Made under, Amended under, defect Condition an Amended amended

On about /2000 an on about, /8007 or 2008 My First an Eighth amendments rights was violated by New York City police, by falsely arresting me, when I was walking in NY city, the police just walk up to me mistaking me for some one else, Folsely arresting, me taking me down to central booking but, I was Release the Next day at court, Free to go with No charges on about 2008, I learn I had a warrant for my a rest in Ny city, round about /2000, For some under known Reason, to my knowledge, the city of New York put a warrant out for my arrest, For a false allege Misdemeanor larceny charge, the Statute of limitation on Misdemeanor is Five year, I did Not learn of the warrant antil, 7-years latered, I turn my self in, in 2007 or 2008 in, afte I learn of the warrant but the Statute of limitation had all Ready Ran out for the warrant, an charges to be persecuted, I made it known at arraignment, in 2008 to the Attorney, an the court, that the Statute of limitation had ran on the charges, an the case could not be persecuted, This arrest an holding me in Jail For Eighth Month, beFor Releasing me on a dismissal, From 2000 on a warrant that ran poss the limitation in 2007 or 2008 Statute of l. afer being subjected to illegal stip-search, an on non consensual gynecological examinations upon my admission to Riker island Jail in New York Jail, an place in a cold Jail cell, that infected with Rats I was also biting by the Rats Why, I was sleeping, I end up breaking out with a skin disease From the rat infected cell, at Riker island Jail, I also strip an Fell in the bath Room at Rikers island do to water being on the Floor an the c/o's neligence by not put up sign leting inmate know the Floor is wet, I Recieve injuries to my head on neck on back an leg shoulder, do to the c/o's Negligence by leaving to Floor wet an not put up a sign all of the incident list, in this complaint, Violated my Eighth amendments rights on Fist amendments right an Fourteeth amendmen rights, I was held in Jail illegally For about 8-Months in 07 or 08 For a false old case From 2000, at the time of the arrest on the charges in 08 or 09 the statute of limitation had ran out so the case was dismis because the charges was false an the Statute of limitation ran out, I was illegal detain, I am a pro boxer, because I was in Jail I miss out on about 9-Million dollars I would have in fights if I was not been held in Jail Falsely For 8-month befor the case was dismiss in court at 101 center St in NY NY.

From 2000

**G.   REQUEST FOR RELIEF**

Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured. (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one. (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

*I am Requesting to b to be awarded, 3-million   an Compensatory 1,million For mental an emotional Injury an physically injured - 2-million a punitive damage , 2-million an falsely detain 3-Million Will be willing to make settlement on all action, 17-Million.*

**H.   Do you wish to have a jury trial?  Yes  ✓   No_____**

**I.   DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature:  *Tony Smith aka Alvin wilson*

Signed at  *Tony Smith aka alvin wils*  on  *12-24-2012*
            **(Location)**                    **(Date)**

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

Rev. 10/14/09                    9

**J.    FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps.

1.    Sign the Declaration under Penalty of Perjury on p. 9

2.    Be sure to include the date with your signature on p. 9

3.    Enclose a check for $350 (payable to "Clerk, United States District Court") **OR** a completed Application to Proceed In Forma Pauperis

4.    Enclose **one** copy of the complaint for the Clerk's Office. You do not need to send a copy for each defendant.

5.    Send the complaint plus either your application for IFP status or your check for $350 (payable to "Clerk, United States District Court") to one of the addresses below:

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 915 LAFAYETTE BOULEVARD, BRIDGEPORT, CT 06604.

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 450 MAIN ST, HARTFORD, CT 06103

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 141 CHURCH ST, NEW HAVEN, CT 06510

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*12-24-12 Amend*
*1:12-cv-08131-1AB File 12-1-12*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

### ATTACH THIS FORM TO YOUR COMPLAINT

*#184-566740*

*#175625*

*Tony Smith AKA Alvin Wilson*          PRISONER
[Your name]                 :      NO: _____ cv _____ ( )
                            Plaintiff,:      [Leave blank for Clerk]
                                    :
                                    :
vs.                                 :
*New York City on Riker island.*    :
*Amend*  *police Department*        :
*Add*    _____     :
         _____     :
         _____     :
[People you are suing]              :
                            Defendant(s):

    I, *Tony Smith AKA alvin wilson* , [your name]
state that, because of my poverty, I am unable to pay the filing
fee for the above-captioned lawsuit at the time that I file my
complaint. I therefore request permission to file my complaint
without pre-payment of the filing fee and to proceed *in forma
pauperis* (as a poor person).

    I understand that I cannot file for free. I realize that even
if the Court allows me to proceed *in forma pauperis* I will have to
pay the full filing fee of **$350** through installments deducted from
my inmate trust fund. I also understand that the Department of
Correction Inmate Trust Fund will continue to deduct money from my

Revised 8/1/07

inmate trust fund to pay the filing fee to the Court even if my lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

**WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.**

1. Full Name: _Tony Smith AKA Alvin Wilson_

2. Inmate Number: _184-566740  AKA 175625_

3. Correctional Institution: _Corrigan-R-CC_

4. Are you currently employed? (Yes or No) _N_

5. If you are currently employed, state your job title and the amount you get paid each month:

   Job: _____

   Monthly wages: $_____

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

   a. Employment: Type _____ $ _0_
   b. Rent someone paid you:     $ _0_
   c. Interest on savings:       $ _0_
   d. Dividends on investments: $ _0_
   e. Pension, annuity, or life insurance: $ _0_
   d. Gifts or inheritances:     $ _0_
   e. Other sources: Type _____0_____ $_____

**TURN OVER**

7.  How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

    $_____0_____

8.  What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes?   [If none, write "zero"]

    $_____0_____

9.  How much money do you contribute **each month** to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

    a.  Name & Relationship:_____ $ 0
    b.  Name & Relationship:_____ $ 0
    c.  Name & Relationship:_____ $ 0

## DECLARATION UNDER PENALTY OF PERJURY

WARNING: You MUST sign this section or your application for IFP status will be denied

I, _Tony Smith AKA Donna Walton_, the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: _Tony Smith AKA Donna Walton_

Dated: _12-24-2012_____, 20_12_

WARNING: You have not finished.   You MUST complete the next section.

TURN OVER

Revised 8/1/07                          3

PRISONER AUTHORIZATION

WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

**Your name:**
**Your inmate number:**
**DOC facility where you are detained:**

**Case Number** [leave blank for Clerk]:
**Filing Date** [leave blank for Clerk]:

I, _Tony Smith AKA Abrim Wilson_ , the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: _Tony Smith AKA Abrim_ [Your signature]

Date: _12-24-_ , 20_12_ [Today's date]

WARNING: You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

Revised 8/1/07

4

```
09/25/2012 14:26                                                              Page  2  Of   3
CBS103                            CT DOC - PRODUCTION                            OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T                 10.2.1.3
```
184-S66750
Tony Smith, dob-8/10/71

```
DOC#:  0000175625      Name: WILSON, ALVIN              [Birth_Date]:-~~~~~~~~
LOCATION: 140-H
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 11/29/2011 | CRS | CRS SAL ORD #8334993 D1 | (      18.80) | 1.23 |
| 12/07/2011 | CSR | CSR SAL ORD #8334993 | 3.84 | 5.07 |
| 12/19/2011 | CRS | CRS SAL ORD #8384987 D1 | (       4.87) | 0.20 |
| 12/21/2011 | WU_TXN | WUINTERF: TXN TRACE 1135574004689172, TXN_DATE 12/21/2011, NET_AMOUNT | 50.00 | 50.20 |
| 12/21/2011 | DED | Deduction-PLRA-02222010 D D | (      10.00) | 40.20 |
| 01/03/2012 | CL | CLOSE ACCOUNT - CHECK | (      40.20) | 0.00 |
| 01/04/2012 | CONV | 175625 RE-OPEN TRUST A/C: DATA-CONV | 0.00 | 0.00 |
| 03/05/2012 | WU_TXN | WUINTERF: TXN TRACE 1206572388365318, TXN_DATE 03/05/2012, NET_AMOUNT | 100.00 | 100.00 |
| 03/05/2012 | DED | Deduction-PLRA-02222010 D D | (      20.00) | 80.00 |
| 03/05/2012 | DED | Deduction-OSIC-141-01/02/12 D D | (       3.00) | 77.00 |
| 03/19/2012 | CRS | CRS SAL ORD #8600087 D1 | (      34.58) | 42.42 |
| 03/28/2012 | CSR | CSR SAL ORD #8600087 | 34.58 | 77.00 |
| 03/28/2012 | CL | CLOSE ACCOUNT - CHECK | (      77.00) | 0.00 |
| 06/23/2012 | CONV | 175625 RE-OPEN TRUST A/C: DATA-CONV | 0.00 | 0.00 |
| 06/26/2012 | DAR | Admit Receipts 121  65139 | 444.75 | 444.75 |
| 06/26/2012 | DED | Deduction-PLRA-02222010 D D | (      88.95) | 355.80 |
| 06/26/2012 | CRS | CRS SAL ORD #8834033 D3 | (      22.71) | 333.09 |
| 07/05/2012 | CRS | CRS SAL ORD #8853933 D3 | (      26.94) | 306.15 |
| 08/14/2012 | CRS | CRS SAL ORD #8937434 D3 | (       1.60) | 304.55 |
| 08/27/2012 | WSR | Special Request  140 | (     300.00) | 4.55 |
| 08/28/2012 | CRS | CRS SAL ORD #8963401 D3 | (       2.75) | 1.80 |
| 09/18/2012 | CRS | CRS SAL ORD #9013489 D3 | (       1.59) | 0.21 |

TRANSACTION DESCRIPTIONS --       DISCHARGED   SUB-ACCOUNT
SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|

TRANSACTION DESCRIPTIONS --       BONDS   SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|

TRANSACTION DESCRIPTIONS --       PLRA   SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 10/04/2010 | DED | Deduction-PLRA-02222010 D D | 5.60 | 5.60 |
| 07/20/2011 | DED | Deduction-PLRA-02222010 D D | 10.80 | 16.40 |
| 11/21/2011 | DED | Deduction-PLRA-02222010 D D | 5.00 | 21.40 |
| 12/21/2011 | DED | Deduction-PLRA-02222010 D D | 10.00 | 31.40 |
| 03/05/2012 | DED | Deduction-PLRA-02222010 D D | 20.00 | 51.40 |
| 06/26/2012 | DED | Deduction-PLRA-02222010 D D | 88.95 | 140.35 |

TRANSACTION DESCRIPTIONS --       HOLIDAY PACKAGES   SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|

TRANSACTION DESCRIPTIONS --       COST OF   SUB-ACCOUNT
INCARCERATION

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|

```
09/25/2012 14:26                                                        Page   1  Of    3
CBS103                            CT DOC - PRODUCTION                        OTRTASTA
                    T R U S T   A C C O U N T   S T A T E M E N T          10.2.1.3
          184-566740      Tony Smith
                                      AKA
DOC#:   0000175625      Name: WILSON, ALVIN            [Birth_Date]: ~~~~~~~~
LOCATION: 140-H
```

ACCOUNT BALANCES Total:         140.56      CURRENT:      140.56      HOLD:      0.00

                              07/01/2008   09/25/2012

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SPENDABLE BALANCE | 0.01 | 0.21 |
| DISCHARGED SAVINGS | | |
| BONDS | | |
| PLRA | 0.00 | 140.35 |
| HOLIDAY PACKAGES | | |
| COST OF INCARCERATION | | |
| REENTRY ID | | |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| OPOS | POSTAGE | 125 5/11/02 | 0.00 | 4.05 | 0.00 |
| OCOP | COPIES | 141 - 03/13/ | 0.00 | 2.50 | 0.00 |
| OCOP | COPIES | 141 - 01/31/ | 0.00 | 3.50 | 0.00 |
| OSIC | MED SIC OBLIGATION | 115-09/30/09 | 0.00 | 3.00 | 0.00 |
| OSIC | MED SIC OBLIGATION | 140-12/20/09 | 0.00 | 3.00 | 0.00 |
| OSIC | MED SIC OBLIGATION | 141-01/02/12 | 0.00 | 3.00 | 0.00 |

### TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/01/2008 | DAR | Admit Receipts  121  48207 | 15.00 | 15.01 |
| 10/03/2008 | CRS | CRS SAL ORD #5723139 D2 | ( 14.97) | 0.04 |
| 04/22/2009 | DAR | Admit Receipts  121  50685 | 154.00 | 154.04 |
| 04/30/2009 | CRS | CRS SAL ORD #6201396 D2 | ( 6.50) | 147.54 |
| 05/01/2009 | WSR | Special Request  121 | ( 145.00) | 2.54 |
| 05/07/2009 | CRS | CRS SAL ORD #6217896 D2 | ( 2.37) | 0.17 |
| 11/04/2009 | DED | Deduction-OSIC-115-09/30/09 D D | ( 0.17) | 0.00 |
| 10/04/2010 | DAR | Admit Receipts  121  57776 | 28.00 | 28.00 |
| 10/04/2010 | DED | Deduction-PLRA-02222010 D D | ( 5.60) | 22.40 |
| 10/04/2010 | DED | Deduction-OSIC-115-09/30/09 D D | ( 2.83) | 19.57 |
| 10/04/2010 | DED | Deduction-OSIC-140-12/20/09 D R | ( 3.00) | 16.57 |
| 12/22/2010 | WPOS | Postage 141 | ( 3.49) | 13.08 |
| 07/20/2011 | DAR | Admit Receipts  121  61238 | 54.00 | 67.08 |
| 07/20/2011 | DED | Deduction-PLRA-02222010 D D | ( 10.80) | 56.28 |
| 08/08/2011 | CRS | CRS SAL ORD #8086216 D1 | ( 9.96) | 46.32 |
| 09/12/2011 | CRS | CRS SAL ORD #8162316 D1 | ( 2.70) | 43.62 |
| 09/19/2011 | CRS | CRS SAL ORD #8176874 D1 | ( 12.28) | 31.34 |
| 09/19/2011 | CRS | CRS SAL ORD #8177493D1 | ( 22.09) | 9.25 |
| 09/26/2011 | CRS | CRS SAL ORD #8191333 D1 | ( 4.95) | 4.30 |
| 10/11/2011 | CRS | CRS SAL ORD #8221859 D1 | ( 0.54) | 3.76 |
| 10/18/2011 | WPOS | Postage 141 | ( 3.73) | 0.03 |
| 11/21/2011 | WU_TXN | WUINTERF: TXN_TRACE 1132575934171613, TXN_DATE 11/21/2011, NET_AMOUNT | 25.00 | 25.03 |
| 11/21/2011 | DED | Deduction-PLRA-02222010 D D | ( 5.00) | 20.03 |

*Amended*

## CERTIFICATION OF INMATE ACCOUNT BALANCE

WARNING: You MUST show this application to the Inmate Trust Fund
Department of your prison counselor so that they can read page 4
and sign this section.

Tony Smith #184-566740
AKA.

**Your name:** Alvin Wilson
**Your inmate number:** #175625
**DOC facility where you are detained:**

I, ___Nancy Sylvester_____, counselor / employee of
the Connecticut Department of Correction Inmate Trust Fund, certify
that the applicant named herein has the sum of $140.56 on
account.

I further certify that, according to the records of the
institution, the applicant's average balance for the last six
months was $190.09____ and the average monthly deposits during the
same period were $.00_____.

A certified copy of the applicant's trust fund statement for the
last six (6) months is attached.

Signed:           Nancy Sylvester_____
                  (Inmate Trust Fund Officer or Prison Counselor)

Name & Rank:      Assoc. Fiscal Admin Officer

Date:             Nov 2_____, 2012

Kristine Sanzo
Notary Public
State of Connecticut

Exp 12/31/13

Revised 8/1/07

5

## CHECKLIST FOR IFP APPLICATION

**NOTE:**     Before you send this application to the Court, you MUST:

_____    Sign the Declaration under Penalty of Perjury on p. 3

_____    Sign the Prisoner Authorization on p. 4

_____    Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5

_____    Answer every question truthfully and accurately

When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and send it to the Court on one of the addresses provided on the complaint form.



ST. OF CT. DEPT. OF CORRECTION
Tony Smith   aka Muinaddison #175625-4-11
Garner-R.e.e
986 Norwich-N-L-Tpke
Uncasville, CT 06382

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.05°
02 1M
0008004409    DEC 26 2012
MAILED FROM ZIP CODE 06382

USM PS
SDNY

Clerk
U.S.D.C.
Southern District
of New York
U.S. Court House
500 pearl ST
New york, NY 10007

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY